

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*   Letter

*PJKK Federal Building*          (808)541-2850
*300 Ala Moana Blvd., Room 6-100*   FAX (808) 541-3752
*Honolulu, Hawaii 96850*

June 23, 2020

**VIA EMAIL**

Honorable Kenneth J. Mansfield
U.S. Magistrate Judge
300 Ala Moana Blvd.
Honolulu, HI 96850

    Re:    <u>Lucretia Velvet Henry v. Robert L. Wilkie</u>
            Civil No. 20-00070 LEK-KJM

Dear Judge Mansfield:

    I am writing with regard to the Rule 16 Conference which is currently set for June 30, 2020. Please be advised that I will be making a special appearance at the Rule 16 Conference as Plaintiff has yet to properly serve Defendant. More specifically, Plaintiff never served a Summons on the United States Attorney's Office for the District of Hawaii. I am aware that Plaintiff filed an Amended Complaint on June 19, 2020 but the filing of an Amended Complaint does not cure the Rule 4 defect.

      I look forward to discussing this matter with you at the upcoming Rule 16 Conference.

                        Very truly yours,

                        KENJI M. PRICE
                        United States Attorney
                        District of Hawaii

                          /s/ Edric M. Ching
                      By_____
                        EDRIC M. CHING
                        Assistant U.S. Attorney

EMC:vad

cc:
Lucretia Velvet Henry
1003 Puakala Street
Honolulu, HI 96818

Miles Miyamoto, Dept. of VA (via email)