**ORIGINAL**

Lucretia Velvet Henry
1003 Puakala Street
Honolulu, Hawaii 96818
Lucretiavb@yahoo.com
(808) 753-4261

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 18 2020

at 4 o'clock and 24 min. P M
MICHELLE RYNNE, CLERK
RECEIVED BY OVERNIGHT FILING

## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LUCRETIA VELVET HENRY, | CIVIL NO. 20-00070 LEK-KJM |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ROBERT L. WILKIE, Secretary of Veterans Affairs | [REF: PLAINTIFF LUCRETIA VELVET HENRY |
| (Government Agency) | FIRST RESPONSE TO FIRST REQUEST FOR PRODUCTIONOF DOCUMENTS TO defendant ROBERT L. WILKIE, SECRETARY OF VETERANS AFFAIRS |
| Defendant | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this date and by the method of service noted below, a true and correct copy of PLAINTIFF LUCRETIA VELVET HENRY, FIRST RESPONSE TO FIRST REUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT was served (notarized approximately 3100 pages) on the following at their last known address:

Served via UPS Mail:

KENJI M. PRICE
UNITED STATES ATTORNEY
District of Hawaii

EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Defendant
ROBERT L. WILKIE
Secretary of Veterans Affairs

DATED: November 18, 2020, at Honolulu, Hawaii

Lucretia V. Henry
Pro se Plaintiff

**ORIGINAL**

I, Lucretia V. Henry am submitting approximately 3100 pages to District Court.

_____  Date: 17 Nov 20

Lucretia V. Henry

State of Hawaii
County of Honolulu
On this 17th day of Nov., 2020, Lucretia V. Henry personally appeared before me,
___ who is personally known to me
 X  whose identity I verified on the basis of military Privilege card DOD# 1167717811
___ whose identity I verified on the oath/affirmation of _____
     a credible witness,
to be the signer of the foregoing document, and he/she acknowledged that he/she signed it.

Daniel B. Alford, Notary Public
My Commission Expires: 06-24-2022

Daniel B. Alford
My commission expires
06/24/2022



**RECEIVED**
CLERK, U.S. DISTRICT COURT
NOV 17 2020 4:00 pm
DISTRICT OF HAWAII
LNS



Doc. Date: 11-17-2020  # Pages: 1
Notary Name: Daniel B. Alford   First Circuit
Doc. Description: Affidavit
Notary Signature: D.B. Alford  Date: 11-17-2020

**RECEIVED**
CLERK, U.S. DISTRICT COURT
NOV 18 2020 4:24pm
DISTRICT OF HAWAII  CW

RECEIVED BY OVERNIGHT FILING